**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00626-CV

**ARGENT DEVELOPMENT, L.P., Appellant**

**V.**

**LAS COLINAS GROUP, L.P. AND BILLY BOB BARNETT, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13507**

## ORDER

Before the Court is Argent Development, L.P.'s August 31, 2016 Unopposed Motion Requesting Copy of Oral Argument Recording. We **DENY** the motion.

/s/    ROBERT M. FILLMORE
       JUSTICE